UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC, | CASE NO. C23-0410JLR |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| SUPERIOR SMOKE LLC, et al., | |
| Defendants. | |

On June 20, 2023, the court granted Plaintiff GS Holistic, LLC's ("GS Holistic")

motion for a 60-day extension of time to perfect service on Defendants Superior Smoke

LLC and Joseph Marquez-Ramos.  (6/20/23 Order (Dkt. # 9).)  The court ordered GS

Holistic to file proof of service on Defendants by no later than August 16, 2023, and

warned GS Holistic that failure to do so could result in the dismissal without prejudice of

GS Holistic's claims against Defendants.  (*See generally id*.)  GS Holistic timely filed

proof of service on Superior Smoke LLC, and the court granted GS Holistic's motion for

entry of default against that Defendant on July 19, 2023.  (*See* Service Aff. (Dkt. # 10);

ORDER - 1

1    Default Mot. (Dkt. # 11); Default (Dkt. # 12).)  Although nearly a year has elapsed since

2    the court entered its June 20, 2023 order, GS Holistic has not filed proof of service on

3    Mr. Marquez-Ramos, nor has it made any other filings in this case.  (*See generally* Dkt.).

4            Accordingly, the court ORDERS GS Holistic to show cause, by no later than

5    **June 28, 2024**, why the court should not dismiss this action with prejudice for failure to

6    prosecute.  *See Pagtalunan v. Galaza*, 291 F.3d 639, 64243 (9th Cir. 2002) (discussing

7    factors that the court considers in determining whether to dismiss for failure to prosecute

8    or to comply with a court order).

9            Dated this 17th day of June, 2024.

10

11   _____

12   JAMES L. ROBART
     United States District Judge

13

14

15

16

17

18

19

20

21

22

ORDER - 2